UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Perry Lamont Sykes**                      **Docket No. 5:13-CR-94-1BO**

**Petition for Action on Supervised Release**

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Perry Lamont Sykes, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 25, 2013, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 36 months. Perry Lamont Sykes was released from custody on June 9, 2015, at which time the term of supervised release commenced.

On January 13, 2016, a Motion for Revocation was filed and a warrant was issued alleging that the defendant violated his supervised release by engaging in new criminal conduct and using a controlled substance. A revocation hearing was held on June 22, 2016, and the defendant was found to have violated supervision by using a controlled substance. The term of supervision was continued and modified to include four months in custody of the Bureau of Prisons.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 29, 2017, the defendant submitted a urine sample which later tested positive for marijuana. When confronted with the results, the defendant admitted to the use and signed a voluntary admission. Additionally, the defendant signed a voluntary admission on April 27, 2017, admitting to using marijuana on April 20, 2017. As a sanction for this conduct, and in an effort to deter future drug use, we would respectfully recommend that his supervision be modified to include 60 days of curfew, and our standard drug aftercare condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Perry Lamont Sykes
Docket No. 5:13-CR-94-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Tiffany C. Peacock
Tiffany C. Peacock
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2545
Executed On: April 28, 2017

ORDER OF THE COURT

Considered and ordered this 28 day of April, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge